O

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TAURUS BROWN | § | |
|     TDCJ-CID #877566 | § | |
| V. | § | C.A. NO. C-05-252 |
| | § | |
| SHEILA THOMAS, ET AL. | § | |

**ORDER OF TRANSFER**

    This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff is presently incarcerated at the Darrington Unit in Rosharon, Texas. Each of the named defendants is located in Kenedy, Texas. Kenedy, Texas is located in Karnes County, which is in the Western District of Texas, San Antonio Division. 28 U.S.C. § 124(d)(4).

    Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claim occurred when plaintiff was incarcerated at the Connally Unit, in Kenedy, Texas. In addition, defendants are located in Kenedy, Texas.

    Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Western District of Texas, San Antonio Division. Plaintiff's

motion to proceed *in forma pauperis* (D.E. 2) is denied without prejudice, subject to reconsideration after this action is transferred.

ORDERED this 1st day of June, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE